FILED
CLERK'S OFFICE
United States District Court
Eastern District of Tennessee
Date: **Aug 08, 2019, 2:06 pm**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | SO-19-12 |
| CASE REASSIGNMENTS | ) | |

Pursuant to 28 U.S.C. § 137, the following actions are hereby **REASSIGNED** to the Honorable Clifton L. Corker, United States District Judge, for all further proceedings.

| | |
|---|---|
| 1:18-cv-00128-TAV-CHS | Pittman v. Unum Group et al |
| 1:18-cv-00154-TAV-CHS | Cunningham v. UNUM Group et al |
| 1:18-cv-00169-TAV-CHS | City of Taylor Police and Fire Retirement System v. UNUM Group et al |
| 1:18-cv-00186-TAV-CHS | Dorrell v. Consolidated Glass & Mirror Trucking, LLC, et al |
| 1:18-cv-00300-TAV-SKL | Freeman v. TN Med Trans LLC |
| 1:19-CV-00013-TAV-SKL | Bailey v. Hamilton County Government et al |
| 1:19-CV-00014-TAV-CHS | Tribble et al v. Isle Edge Trucking, Inc. et al |
| 1:19-CV-00067-TAV-CHS | Combs v. Capital One Financial |
| 1:19-CV-00073-TAV-CHS | Cooney v. First Unum Life Insurance Company et al |
| 1:19-CV-00088-TAV-SKL | McTaggart, et. al. vs. Catholic Health Initiatives, et al |
| 1:19-cv-00111-TAV-CHS | Worbington v. GMP and Employers Pension Plan |
| 1:19-CV-00136-TAV-CHS | Richardson v. Isle Edge Trucking, Inc. et al. |
| 1:19-CV-00140-TAV-MCLC | Jones v. Social Security Administration, Commissioner of |

| | |
|---|---|
| 1:19-cv-00142-TAV-SKL | Strouphauer v. The Pep Boys-Manny, Moe & Jack, Inc. |
| 1:19-cv-00166-TAV-CHS | Foy et al v. Welding Ceramics, LLC et al |
| 1:19-cv-00172-TAV-SKL | Shoffnerkalthoff MES, Inc. v. Rudolph/Libbe, Inc. et. al. |
| 1:19-cv-00198-TAV-SKL | Klaver v. Hamilton County Tennessee et al |
| 1:19-cv-00206-TAV-CHS | Lemeh v. Ditto et al |
| 2:18-cv-00161-TAV-MCLC | Erwin v. Greene County, Tennessee et al |
| 2:18-cv-00219-TAV-MCLC | Morgan v. Medtronic, Inc. et al |
| 2:19-cv-00014-TAV-MCLC | Swinney et al v. Fullagar |
| 2:19-cv-00044-TAV-MCLC | Sandidge v. Parker Hannifin Corporation et al |
| 2:19-cv-00081-TAV-MCLC | Motto Jr v. Mullins et al |
| 2:19-cv-00088-TAV-CHS | Helms v. Social Security Administration, Commissioner of |
| 2:19-cv-00092-TAV-MCLC | Castle v. Kingsport Publishing Corporation |
| 2:19-cv-00110-TAV-MCLC | Sellers v. Chesnut |
| 2:19-cv-00114-TAV-MCLC | Arbogast v. Tusculum College |
| 2:19-cv-00125-TAV-MCLC | Holt v. Social Security Administration, Commissioner of |
| 3:17-cv-00035-TAV-HBG | Milburn et al v. Hudgens et al |
| 3:18-cv-00079-TAV-DCP | Shirley et al v. Smoky Mountain Property Management, LLC et al |

| | |
|---|---|
| 3:18-cv-00114-TAV-HBG | Jobsite Steel Manufacturing, LLC v. Frameco, Inc. et. al |
| 3:18-cv-00116-TAV-HBG | Odom Construction Systems, LLC v. Frameco, Inc. |
| 3:18-cv-00336-TAV-HBG | Burn v. Lowe's Home Centers, LLC et al |
| 3:18-cv-00366-TAV-DCP | Dyer et al v. Jim Pattison Group, Inc. et al |
| 3:18-cv-00497-TAV-DCP | Summit Properties Partnership v. Advance Stores Company, Inc |
| 3:19-cv-00006-TAV-HBG | Rocky Waters Motor Inn v. The Travelers Indemnity Co.of North America |
| 3:19-cv-00041-TAV-HBG | Tomei v. Parkwest Medical Center et al |
| 3:19-cv-00144-TAV-HBG | Sutton, O.D. v. Nashville Regional Eye Care, PC |
| 3:19-cv-00164-TAV-HBG | Hawk v. U.S. Xpress, Inc. et al |
| 3:19-cv-00189-TAV-HBG | Hedrick v. Performance Pipe |
| 3:19-cv-00198-TAV-DCP | United States of America v. Real Property Located at 748 & 750 Reynolds Hollow Road, Junction City, Kentucky 40440, et. al. |
| 3:19-cv-00213-TAV-HBG | Durham, et. al. v. Knox County, et. al. |
| 3:19-cv-00220-TAV-HBG | State Farm Mutual Automobile Ins. Co. vs. Estate of John Hutton, et. al. |
| 3:19-cv-223-TAV-DCP | Brown v. United States Postal Service |
| 3:19-cv-00242-TAV-HBG | Petry v. Wal-Mart Stores East, LP, et al. |
| 4:17-cv-00073-TAV-SKL | Acosta v. Big G Express, Inc. et al |

| | |
|---|---|
| 4:19-cv-00035-TAV-CHS | Hunt v. The Kroger Company, et al |
| 4:19-cv-00045-TAV-CHS | Lanza, Jr vs. Social Security Administration, Commissioner of |

**IT IS SO ORDERED.**

*/s/ Pamela L. Reeves*
**CHIEF UNITED STATES DISTRICT JUDGE**