UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| JOBSITE STEEL MANUFACTURING, LLC, | ) ) ) | |
| | ) | 3:18-CV-00114-DCLC |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| FRAMECO, INC., | ) ) ) | |
| Defendant. | | |

**JUDGMENT**

Considering the Court's finding of reasonableness as to Plaintiff's requested damages and Defendant's failure to object, it is hereby **ORDERED and ADJUDGED** that Plaintiff **Jobsite Steel Manufacturing, LLC** shall have a judgment against Defendant **FrameCo, Inc.** for damages in the amount of **$608,006.58** and attorney's fees and costs in the total amount of **$74,744.31.** The Clerk is **DIRECTED** to close this case.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ John Medearis
Clerk of Court